# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theodore J. Williams,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                                3:06-cv-154-2

G. Stewart, et al.

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2007 Order.

**Signed: June 1, 2007**

Frank G. Johns, Clerk  
United States District Court